IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARRY LLOYD HOWARD,

    Petitioner,                      No. CIV S-07-2156 WBS EFB P

    vs.

D.K. SISTO, Warden, et al.,

    Respondents.                 ORDER

_____/

       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. He challenges the sentence imposed for his conviction of murder. The court has reviewed the petition, and it appears that he challenges the sentence imposed pursuant to the same judgment he challenges in a different case commenced in this court.[1] *See Howard v. Carey*, No. Civ. 06-0389 FCD CMK. On April 18, 2006, a judge of this court, pursuant to the respondent's motion, transferred that case to the United States District Court for the Central District of California. In the interest of judicial economy this petition should be addressed by the same court hearing the petition in *Howard v. Carey* (formerly E.D. Cal. Case No. Civ. 06-0389

---

[1] A court may take judicial notice of orders in its own records and in the records of other courts. *Lee v. City of Los Angeles*, 250 F.3d 668, 689-90 (9th Cir. 2001); *United States v. Wilson*, 631 F.2d 118, 119-20 (9th Cir. 1980).

1

1  FCD CMK.)

2      Accordingly, it is ORDERED that this action is transferred to the United States District

3  Court for the Central District of California.  28 U.S.C. §§ 84(c); 1404(a).

4  DATED: November 5, 2007.

                                    _____
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE